## LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 23-00031-FMO | Title | United States of America v. Franz Grey |
|---|---|---|---|
| Judge | Fernando M. Olguin, U.S. District Judge | | |
| Dates of Trial or Hearing | December 6, 2023 - Evidentiary Hearing | | |
| Court Reporters or Tape No. | Maria Bustillos | | |
| Deputy Clerks | Vanessa Figueroa | | |

**FILED**
CLERK, U.S. DISTRICT COURT
12/6/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___V. Figueroa___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Thomas Magana & Alix McKenna, AUSAs | Charles J. Snyder, DFPD |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Deputy Clint Francisco | Deft |
| | | | 2 | 12/6/23 | | Search Warrant Application 12/16/22 | |
| | | | 1 | 12/6/23 | | Declaration of Clint Francisco 7/24/23 | |
| | | | 3 | 12/6/23 | | Police Report 7/17/22 | |
| | | | 14 | 12/6/23 | | Email from government 12/15/23 | |
| | | | 7 | 12/6/23 | | Subpoenaed Record | |
| | | | 5 | 12/6/23 | | LASD Policy Manual Section 4 portions | |
| | | | 12 | 12/6/23 | | Video Clip from Exhibit 5 | |
| | | | 10 | 12/6/23 | | Video Clip from Exhibit 4 | |
| | | | 11 | 12/6/23 | | Video Clip from Exhibit 4 | |
| | | | 13 | 12/6/23 | | Video Clip from Exhibit 14 | |
| | | | | | | Defendant Franz Grey | Deft |
| 4 | 12/6/23 | | | | | Video Clip | |