FILED
CLERK, U.S. DISTRICT COURT

1/26/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ____V. Figueroa____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 23-00031-FMO |
| v. | |
| FRANZ GREY, | **JUDGMENT OF DISCHARGE** |
| DEFENDANT. | (Fed. R. Crim. P. 32(k)(1)) |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

- [x] the Court has granted the motion of the government for dismissal;
- [ ] the Court has granted the motion of the defendant for a judgment of acquittal;
- [ ] a jury has been waived, and the Court has found the defendant not guilty;
- [ ] the jury has returned its verdict, finding the defendant not guilty;
- [ ] an order of dismissal has been entered by the court;
- [ ] other *(specify below)*:

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

- [ ] IT IS ORDERED that the bond of the defendant is hereby exonerated.

January 26, 2024
Date

_Fernando M. Olguin_
United States District Judge
HON. FERNANDO M. OLGUIN

**NOTICE TO U.S. MARSHAL** - This Judgment of Discharge is not a substitute for the Release Form.